**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-20029 |
| | § | |
| DALE & CLAUDIA WHEELER | § | |
| | § | |
| | § | |
| | § | |
| *Debtor* | § | CHAPTER 13 |

## NOTICE OF SCHEDULE CHANGE

In accordance with LBR 1007(b) 7, the attached amended schedule is filed for the following reason (check only one):

\_\_\_\_  Add Creditor(s) [requires $30.00 filing fee]

\_\_\_\_  Delete Creditor(s) [requires $30.00 filing fee]

\_\_\_\_  Change the Amount of a Debt [requires $26.00 filing fee]

\_\_\_\_  Change the Classification of a Debt [requires $26.00 filing fee]

\_\_\_\_  Change Address of Creditor(s) or add an Attorney for a Creditor

\_\_\_\_  Amendment to Schedule F - Unsecured Creditors

_X_  Amendment to Schedule B

_X_  Amendment to Schedule C

\_\_\_\_  Initial Amended Schedules due to Chapter Conversion

I, or each of us, declare under penalty of perjury that I/we he read the changes in the List of Creditors (Master Mailing List (matrix)) and to the schedules and statements as attached hereto and that they are correct to the best of my/our knowledge, information and belief.

**Date: January 29, 2020**


**X /s/ Dale Wheeler**          **X /s/ Claudia Wheeler**
Debtor                                       Joint Debtor

**Fill in this information to identify your case and this filing:**

Debtor 1: **Dale** (First Name) **L.** (Middle Name) **Wheeler** (Last Name)

Debtor 2 (Spouse, if filing): **Claudia** (First Name) **J.** (Middle Name) **Wheeler** (Last Name)

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **17-20029**

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                                            12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

1.1.
**2519 FM 2057**
Street address, if available, or other description

**Pittsburg**    **TX**    **75686**
City              State    ZIP Code

**Camp**
County

**Homestead**
**ABS A057 O Hednricks, Tract 67-1, .5 acres**

**What is the property?**
Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**
$96,340.00                                    $96,340.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

f.s.a.

☒ Check if this is community property
(see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................ → **$96,340.00**

Official Form 106A/B                          **Schedule A/B: Property**                          page 1

Debtor 1  **Dale L. Wheeler**
Debtor 2  **Claudia J. Wheeler**                                    Case number (if known)  **17-20029**

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☒ Yes

   **3.1.**
   Make: **Volkswagon**
   Model: **Jetta**
   Year: **2010**
   Approximate mileage: **60,000**
   Other information:
   **2010 Volkswagon Jetta (approx. 60000 miles)**

   Who has an interest in the property?  Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☒ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☒ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property?  **$9,400.00**
   Current value of the portion you own?  **$9,400.00**

   **3.2.**
   Make: **Chevrolet**
   Model: **Surburban 1500**
   Year: **2003**
   Approximate mileage: **200,000**
   Other information:
   **2003 Chevrolet Surburban 1500 (approx. 200000 miles)**

   Who has an interest in the property?  Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☒ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☒ Check if this is community property
   (see instructions)

   Current value of the entire property?  **$5,300.00**
   Current value of the portion you own?  **$5,300.00**

   **3.3.**
   Make: **Kubota**
   Model: **L3800 DT**
   Year: **2012**
   Approximate mileage:
   Other information:
   **Tractor (100 Hrs)**

   Who has an interest in the property?  Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☒ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☒ Check if this is community property
   (see instructions)

   Current value of the entire property?  **$12,000.00**
   Current value of the portion you own?  **$12,000.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:*  Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☒ Yes

   **4.1.**
   Make:
   Model:
   Year:
   Other information:
   **Homemade 14 ft. Utility Trailer**

   Who has an interest in the property?  Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☒ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☒ Check if this is community property
   (see instructions)

   Current value of the entire property?  **$500.00**
   Current value of the portion you own?  **$500.00**

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2.  Write that number here.........................................................** →  **$27,200.00**

Debtor 1 **Dale L. Wheeler**
Debtor 2 **Claudia J. Wheeler**                                    Case number (if known)  **17-20029**

## Part 3:   Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....  **Household goods and furnishings, including bedroom suite, living room furniture (sofa, loveseat, coffee table, end table, lamps), dinette set, microwave, minor appliances, kitchen (wares, utensils, refrigerator, stove, and small appliances). bathroom (towels, wash rags) washer, dryer, hand tools, lawn mower, garden tools, freezer and misc. HH items with NO ONE ITEM HAVING FMV OF $650.00 BY ITSELF**   $2,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....  **TV, computer, printer, cell phones, cameras**   $800.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.....  **Clothing**   $400.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.....  **Wedding bands, watches, necklaces, and other misc. costume jewelry**   $500.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe.....  **Dogs**   $10.00

Debtor 1 **Dale L. Wheeler**
Debtor 2 **Claudia J. Wheeler**           Case number (if known) **17-20029**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes. Give specific information.............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................** → **$3,710.00**

## Part 4:   Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes............................................................................................................................ Cash: ........................ **$0.00**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes........................... Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Capital One Bank** | **$0.00** |
| 17.2. | Savings account: | **Capital One** | **$3,500.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes........................... Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them..........................   Name of entity:                                                     % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them..........................   Issuer name:

Debtor 1  **Dale L. Wheeler**
Debtor 2  **Claudia J. Wheeler**                                     Case number (if known)  **17-20029**

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each account separately.    Type of account:    Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes............................    Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes............................    Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific information about them

**Money or property owed to you?**                                       **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.................

Federal: _____
State: _____
Local: _____

Debtor 1 **Dale L. Wheeler**
Debtor 2 **Claudia J. Wheeler**                                    Case number (if known) **17-20029**

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes. Give specific information

    Alimony: _____
    Maintenance: _____
    Support: _____
    Divorce settlement: _____
    Property settlement: _____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☒ No
    ☐ Yes. Give specific information

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☒ No
    ☐ Yes. Name the insurance company of each policy and list its value................ Company name:          Beneficiary:          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died
    ☒ No
    ☐ Yes. Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ☒ Yes. Describe each claim........  **See continuation page(s).**                                      **$10,126.72**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☒ No
    ☐ Yes. Describe each claim........

35. **Any financial assets you did not already list**
    ☒ No
    ☐ Yes. Give specific information

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................................ ➔  **$13,626.72**

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. Do you own or have any legal or equitable interest in any business-related property?
    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

Debtor 1    **Dale L. Wheeler**
Debtor 2    **Claudia J. Wheeler**                              Case number (if known)   **17-20029**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..

**41. Inventory**

☑ No
☐ Yes. Describe..

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:                                    % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
　　　☐ No
　　　☐ Yes. Describe....

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................➔**   **$0.00**

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

| Debtor 1 | **Dale L. Wheeler** | |
|---|---|---|
| Debtor 2 | **Claudia J. Wheeler** | Case number (if known) **17-20029** |

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.................................................................** → **$0.00**

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54. Add the dollar value of all of your entries from Part 7. Write that number here.............................................** → **$0.00**

Official Form 106A/B                              **Schedule A/B: Property**                                                  page 8

Debtor 1  **Dale L. Wheeler**
Debtor 2  **Claudia J. Wheeler**                                      Case number (if known) **17-20029**

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ............................................................................................... →  $96,340.00

56. **Part 2: Total vehicles, line 5**                    $27,200.00

57. **Part 3: Total personal and household items, line 15**    $3,710.00

58. **Part 4: Total financial assets, line 36**           $13,626.72

59. **Part 5: Total business-related property, line 45**      $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**  $0.00

61. **Part 7: Total other property not listed, line 54**   +  $0.00

62. **Total personal property.**  Add lines 56 through 61..........  $44,536.72   Copy personal property total  →  +  $44,536.72

63. **Total of all property on Schedule A/B.**  Add line 55 + line 62..................................................  $140,876.72

| Debtor 1 | **Dale L. Wheeler** | | |
|---|---|---|---|
| Debtor 2 | **Claudia J. Wheeler** | Case number (if known) | **17-20029** |

**33. Claims against third parties (details):**

**Volkswagon Emmisions Settlement**      **$5,556.73**

**Wells Fargo**      **$4,569.99**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dale** | **L.** | **Wheeler** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Claudia** | **J.** | **Wheeler** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-20029**
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt   04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Homestead** **ABS A057 O Hednricks, Tract 67-1, .5 acres** Line from *Schedule A/B*: **1.1** | $96,340.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description: **2010 Volkswagon Jetta (approx. 60000 miles)** Line from *Schedule A/B*: **3.1** | $9,400.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Official Form 106C                 Schedule C: The Property You Claim as Exempt                 page 1

Debtor 1 **Dale L. Wheeler**
Debtor 2 **Claudia J. Wheeler**    Case number (if known) **17-20029**

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own (Copy the value from *Schedule A/B*) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2003 Chevrolet Surburban 1500 (approx. 200000 miles)** **(1st exemption claimed for this asset)** Line from *Schedule A/B*: **3.2** | $5,300.00 | ☑ $3,775.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description: **2003 Chevrolet Surburban 1500 (approx. 200000 miles)** **(2nd exemption claimed for this asset)** Line from *Schedule A/B*: **3.2** | $5,300.00 | ☑ $1,525.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **2012 Kubota L3800 DT Tractor (100 Hrs)** Line from *Schedule A/B*: **3.3** | $12,000.00 | ☑ $5,052.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Homemade 14 ft. Utility Trailer** Line from *Schedule A/B*: **4.1** | $500.00 | ☑ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Household goods and furnishings, including bedroom suite, living room furniture (sofa, loveseat, coffee table, end table, lamps), dinette set, microwave, minor appliances, kitchen (wares, utensils, refrigerator, stove, and small appliances). bathroom (towels, wash rags) washer, dryer, hand tools, lawn mower, garden tools, freezer and misc. HH items with NO ONE ITEM HAVING FMV OF $650.00 BY ITSELF** Line from *Schedule A/B*: **6** | $2,000.00 | ☑ $2,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **TV, computer, printer, cell phones, cameras** Line from *Schedule A/B*: **7** | $800.00 | ☑ $800.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Clothing** Line from *Schedule A/B*: **11** | $400.00 | ☑ $400.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Dale L. Wheeler** | |
|---|---|---|
| Debtor 2 | **Claudia J. Wheeler** | Case number (if known) **17-20029** |

### Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Wedding bands, watches, necklaces, and other misc. costume jewelry**<br>Line from *Schedule A/B*: __12__ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description:<br>**Dogs**<br>Line from *Schedule A/B*: __13__ | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Cash**<br>Line from *Schedule A/B*: __16__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Capital One Bank**<br>Line from *Schedule A/B*: __17.1__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Capital One**<br>Line from *Schedule A/B*: __17.2__ | $3,500.00 | ☑ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Volkswagon Emmisions Settlement**<br>Line from *Schedule A/B*: __33__ | $5,556.73 | ☑ $5,556.73<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Wells Fargo**<br>Line from *Schedule A/B*: __33__ | $4,569.99 | ☑ $4,569.99<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dale** | **L.** | **Wheeler** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Claudia** | **J.** | **Wheeler** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **17-20029**

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules      12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Dale L. Wheeler**              X **/s/ Claudia J. Wheeler**
Dale L. Wheeler, Debtor 1              Claudia J. Wheeler, Debtor 2

Date **01/29/2020**                    Date **01/29/2020**
MM / DD / YYYY                         MM / DD / YYYY

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served upon the following parties of interest:

>**Lloyd Kraus, Chapter 13 Trustee**
>110 N. College Ave., Ste. 1200
>Tyler, Texas  75702
>
>**Dale & Claudia**
>2519 FM 2057
>Pittsburg, Texas  75686

and all the parties on the attached matrix.

DATED:	January 29, 2020

>/s/ Rodney S. Scott
>**Rodney S. Scott**

```
Label Matrix for local noticing            Wells Fargo Bank N.A. d/b/a Wells Fargo De    American Coradius International, Inc.
0540-2                                     P.O. Box 19657                                2420 Sweet Home Rd., Ste. 150
Case 17-20029                              Irvine, CA 92623-9657                         Amherst, NY 14228-2244
Eastern District of Texas
Marshall
Wed Jan 29 14:12:20 CST 2020

Attorney General of Texas                  Bank Of America                               Bank of America, N.A.
Taxation Division-Bankruptcy               NC4-105-03-14                                 P O Box 982284
Box 12548, Capitol Station                 PO Box 26012                                  El Paso, TX 79998-2284
Austin, Texas 78711-2548                   Greensboro, NC 27420-6012


Baylor Univ. Medical Ctr                   Baylor University Medical Center              Camp CAD
c/o Creditors Bankruptcy Service           2001 Bryan St., Ste. 2600                     Linebarger Goggan Blair & Sampson, LLP
P.O. Box 800849                            Dallas, TX 75201-3065                         c/o Melissa L. Palo
Dallas, TX 75380-0849                                                                    2777 N Stemmons Freeway
                                                                                         Suite 1000
                                                                                         Dallas, TX 75207-2328

Camp CAD                                   Camp Emergency Medicine Assoc. PA             Capital Management Services
Linebarger Goggan Blair & Sampson, LLP     P.O. Box 737                                  726 Exchange St., Ste. 700
c/o Melissa L. Palo                        San Antonio, TX 78293-0737                    Buffalo, NY 14210-1464
2777 N. Stemmons Frwy
Suite 1000
Dallas, TX 75207-2328

Capital One                                Cavalry SPV I, LLC                            Chase Card Services
Attn: Bankruptcy                           500 Summit Lake Drive, Ste 400                Attn: Correspondence Dept
PO Box 30285                               Valhalla, NY 10595-2321                       PO Box 15298
Salt Lake City, UT 84130-0285                                                            Wilmington, DE 19850-5298


Chrysler Capital                           Shannon E. Coleman                            Credit Systems International, Inc
1601 Elm St Ste 800                        The Sayer Law Group, P.C.                     1277 Country Club Lane
Dallas TX 75201-7260                       16501 Addison Rd., Ste. 212                   Fort Worth, TX 76112-2304
                                           Addison, TX 75001-5108


Dept. of Just.\US Atty Gen                 Discover Bank                                 Discover Financial
Main Justice Bldg.\10th and                Discover Products Inc                         Attn: Bankruptcy
Constitutional Ave. NW                     PO Box 3025                                   PO Box 3025
Washington, DC 20530-0001                  New Albany, OH  43054-3025                    New Albany, OH 43054-3025


Diversified Heath Care Services            Dyck Oneal Inc                                East Texas Radiology
800 E. Campbell Rd., Ste. 399              3214 W Park Row Dr                            PO Box 5316
Richardson, TX 75081-1862                  Pantego, TX 76013-3136                        Longview, TX 75608-5316


Farm Bureau Bank                           Farm Bureau Bank                              First National Bank
17300 Henderson Pass                       PO Box 9013                                   Attn:  FNN Legal Dept
San Antonio, TX 78232-1663                 Addison, Texas 75001-9013                     1620 Dodge St Mailstop Code 3290
                                                                                         Omaha, NE 68102-1593


First National Bank of Omaha               Freedom Mortgage Corporation                  Freedom Mtg
1620 Dodge Street, Stop code 3105          10500 Kincaid Drive                           P.O. Box 619063
Omaha, NE 68197-0002                       Fishers, IN 46037-9764                        Dallas, TX 75261-9063
```

| | | |
|---|---|---|
| GSMA<br>P.O. Box 4207<br>Longview, TX 75606-4207 | Good Sheperd Medical Center<br>Patient Acct. Dept.<br>700 E. Marshall Ave.<br>Longview, TX 75601-5580 | Health Texas Provider Network<br>P.O. Box 844128<br>Dallas, TX 75284-4128 |
| IRS<br>P O Box 7346<br>Philadelphia PA 19101-7346 | Lloyd Kraus<br>Plaza Tower<br>110 N. College Ave., 12th Floor<br>Tyler, TX 75702-7226 | Kubota Credit Corp<br>4400 Amon Carter Blvd., Ste. 100<br>Ft. Worth, TX 76155-2695 |
| Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Carl Morgan Lasley<br>Klatt, Augustine, Sayer,<br>Treinen & Rastede, P.C.<br>925 E. 4th St.<br>Waterloo, IA 50703-3925 | MRS BPO, L.L.C.<br>1930 Olney Ave.<br>Cherry Hill, NJ 08003-2016 |
| Merchants Credit<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606-6914 | Melissa L. Palo<br>Linebarger Goggan Blair & Sampson LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207-2328 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Regions Bank<br>P O Box 10063<br>Birmingham, AL 35202-0063 | Regions Bank<br>Po Box 276357<br>Sacramento, CA 95827-6357 | Rodney S. Scott<br>P.O. Box 3345<br>Longview, TX 75606-3345 |
| Santander Consumer USA<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Schumachergroup<br>165 Caprice Ct., Unit B<br>Castle Rock, CO 80109-1559 | Rodney S. Scott<br>P. O. Box 3345<br>509 North Second Street<br>Longview, TX 75601-6439 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Synchrony Bank/Care Credit<br>Attn: bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | Synchrony Bank/PayPal Cr<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 |
| Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | Synerprise Consulting Services, Inc.<br>2809 Regal Rd., Ste. 107<br>Plano, TX 75075-6349 | Texas Oncology, PA<br>P.O. Box 732175<br>Dallas, TX 75373-2175 |
| Texas Workforce Commission<br>909 E. Southeast Loop 323, Ste. 640<br>Tyler, TX 75701-0427 | Texas Workforce Commission<br>T.E.C. Bldg.-Tax Department<br>Austin, TX 78778-0001 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| U.S. Atty.\Eastern Dist. of TX<br>Nations Bank Tower<br>110 N. College St. Ste#700<br>Tyler, TX 75702-7237 | U.S. District Clerk<br>Fine & Restituion Section<br>1910 ESE Loop 323 #287<br>Tyler, TX 75701-8337 | U.S. District Clerk<br>Marshall Division<br>P.O. Box 1499<br>Marshall, TX 75671-1499 |

| | | |
|---|---|---|
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United Recovery Systems Inc<br>P.O. Box 722929<br>Houston, Texas 77272-2929 | VanRu Credit Corp.<br>1350 Ethouhy Ave., Ste. 300E<br>Des Plaines, Il 60018-3342 |
| Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Wells Fargo Bank N.A.,<br>d/b/a Wells Fargo Dealer Services<br>PO Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Dealer Services<br>PO Box 3569<br>Rancho Cucamonga, CA 91729-3569 |
| Claudia J. Wheeler<br>2519 FM 2057<br>Pittsburg, TX 75686-5120 | Dale L. Wheeler<br>2519 FM 2057<br>Pittsburg, TX 75686-5120 | Wollemi Acquisitions, LLC c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | State Comptroller of Public Accts.<br>Capitol Station<br>Austin, TX 78774 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037-9764 | (d)Wollemi Acquisitions, LLC c/o AIS Portfoli<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | End of Label Matrix<br>Mailable recipients     68<br>Bypassed recipients     2<br>Total                  70 |